**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eric R. BUCHANAN, Defendant–**
**Appellant.**

**No. 06–30514.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed March 6, 2009.

Aine Ahmed, Esq., Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Jeffry Keith Finer, Esq., Law Offices of Jeffry Finer, Spokane, WA, for Defendant–Appellant.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before BEEZER, FERNANDEZ and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Eric R. Buchanan appeals from his jury-trial conviction and 60–month sentence for attempted possession with intent to distribute 500 grams or more of cocaine, and distribution of ecstasy, both in violation of 21 U.S.C. § 841(a)(1). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Buchanan's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Appellant has filed a pro se supplemental opening brief and a motion to take judicial notice. The motion for judicial notice is granted. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal, especially in light of the fact that the district court has subsequently re-sentenced Buchanan.

Counsel's motion to withdraw is **GRANTED,** and the judgment is AF-FIRMED.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.